UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY FRAZIER,

       Petitioner,

v.                                        CASE NO. 06-cv-11624
                                          HONORABLE LAWRENCE P. ZATKOFF

STATE OF MICHIGAN,

       Respondent.
_____/

## ORDER DENYING PETITIONER'S MOTION TO AMEND

      This matter is pending before the Court on petitioner Larry Frazier's Motion to Amend his "Motion to Show Cause," which the Court has construed as a habeas corpus petition under 28 U.S.C. § 2241. Petitioner seeks to change the wording in two of his grounds for relief.

      The Court dismissed this action on April 28, 2006, because Petitioner had failed to (1) exhaust state remedies for his claims and (2) allege an extraordinary circumstance justifying intrusion into pending state court proceedings. Petitioner filed the pending motion to amend on the same day that the Court dismissed his case. His motion to amend [Doc. #5, Apr. 28, 2006] is DENIED as moot in light of the Court's order of dismissal.

                                                           s/Lawrence P. Zatkoff
                                                           LAWRENCE P. ZATKOFF
                                                           UNITED STATES DISTRICT JUDGE

Dated: May 4, 2006

CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on May 4, 2006.

<u>s/Marie E. Verlinde</u>
Case Manager
(810) 984-3290